DOROTHY E. RAYNOR, Appellant, v. CLIFTON E. RAYNOR, Respondent. — The court had jurisdiction of the parties and the subject matter, on the motion for a reduction of alimony (*Fox* v. *Fox*, 263 N. Y. 68; Civ. Prac. Act, § 1170), and the lack of an authenticating certificate was a defect or irregularity which could be corrected *nunc pro tunc*. (Cf. *Kelly* v. *Schramm*, 197 App. Div. 377; *Lawton* v. *Kiel*, 51 Barb. 30; Civ. Prac. Act, § 105.) Nolan, P. J., Johnston, Adel, Sneed and MacCrate, JJ., concur.

LEONA T. SEWARD, Respondent-Appellant, v. FREDERICK W. SEWARD et al., Appellants-Respondents. — Present — Nolan, P. J., Johnston, Adel, Sneed and MacCrate, JJ.

THELMA SOLOWAY, Respondent, v. MAX SOLOWAY, Appellant. — No opinion. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

EVELYN W. STRAUSS, Respondent, v. BENJAMIN STRAUSS, Appellant.— No opinion. Nolan, P. J., Johnston, Adel, Sneed and MacCrate, JJ., concur.

VILLAGE OF GREAT NECK ESTATES, Appellant, v. ROBERT J. ROSE, Respondent, et al., Defendants.—